UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,                Case No. 06-C-0742

    v.

APPROXIMATELY $7,116.00 IN       **JUDGMENT OF DEFAULT AND**
UNITED STATES CURRENCY, AND     **FORFEITURE**
APPROXIMATELY $11,000.00 IN
UNITED STATES CURRENCY,

       Defendants.

      THIS CAUSE having come before this Court upon plaintiff's Motion for Default Judgment, it is hereby

      ORDERED, ADJUDGED AND DECREED that the defendant properties be forfeited to the United States of America and no right, title or interest in the defendant properties shall exist in any other party. The defendant properties shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin or his duly authorized agent and shall be disposed of according to law.

      Dated at Milwaukee, Wisconsin, this 13th day of September, 2006.

                                             s/ Rudolph T. Randa
                                             HON. RUDOLPH T. RANDA
                                             Chief United States District Judge

Judgment entered this 13th day of September, 2006

SOFRON B. NEDILSKY

by:s/ Linda M. Zik
    Deputy Clerk